1
2
3
4
5
6

**Entered on Docket**
**August 27, 2009**

*Bruce A. Markell*

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

7   PITE DUNCAN, LLP
     STEVEN W. PITE (NV Bar #008226)
8   EDDIE R. JIMENEZ (NV Bar #10376)
     4375 Jutland Drive, Suite 200
9   P.O. Box 17933
     San Diego, CA 92177-0933
10   Telephone: (858) 750-7600
     Facsimile: (619) 590-1385
11   E-mail:  ecfnvb@piteduncan.com

12   ABRAMS & TANKO, LLLP
     MICHELLE L. ABRAMS (NV Bar #005565)
13   3085 S. Jones Blvd., Suite C
     Las Vegas, NV 89146
14

15   Attorneys for    Secured Creditor BANK OF AMERICA, NATIONAL ASSOCIATION AS
                           SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS
                           TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED
16                        SECURITIES I LLC, ASSET BACKED-CERTIFICATES, SERIES 2005-HE11

17

18                              UNITED STATES BANKRUPTCY COURT

19                                    DISTRICT OF NEVADA

20

| 21  In re | Bankruptcy Case No. BK-S-09-13469-BAM |
| | Chapter 13 |
| 22  JOSE GUADALUPE LUNA AND GLORIA | |
| ALICIA LUNA, | BANK OF AMERICA, NATIONAL |
| 23 | ASSOCIATION AS SUCCESSOR BY |
| Debtor(s). | MERGER TO LASALLE BANK NATIONAL |
| 24 | ASSOCIATION, AS TRUSTEE FOR |
| | CERTIFICATEHOLDERS OF BEAR |
| 25 | STEARNS ASSET BACKED SECURITIES I |
| | LLC, ASSET BACKED-CERTIFICATES, |
| 26 | SERIES 2005-HE11'S ORDER VACATING |
| | AUTOMATIC STAY |
| 27 | Date:   August 18, 2009 |
| | Time:  1:30 P.M. |
| 28 | |

1    A hearing on Secured Creditor Bank of America, National Association as

2   successor by merger to LaSalle Bank National Association, as Trustee for Certificateholders of

3   Bear Stearns Asset Backed Securities I LLC, Asset Backed-Certificates, Series 2005-HE11's

4   Motion for Relief From the Automatic Stay came on regularly for hearing in the United States

5   Bankruptcy Court before the Honorable Bruce A. Markell.  The court having duly considered the

6   papers and pleadings on file herein and being fully advised thereon and finding cause therefor:

7    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic

8   Stay of Title 11 U.S.C. Section 362 is hereby terminated as it applies to the enforcement by

9   Secured Creditor, of all its rights in the subject property, generally described as 4224 Harris

10   Avenue, Las Vegas, Nevada 89110, and legally described as follows:

11

12   LOT THIRTY-SEVEN (37) OF COOL VALLEY
SUBDIVISION, AS SHOWN BY MAP THEREOF
ON FILE IN BOOK 50 OF PLATS, PAGE 73, IN
13   THE OFFICE OF THE COUNTY RECORDER,
CLARK COUNTY, NEVADA.

14

15   APPROVED/DISAPPROVED

16   _____

17   KATHLEEN A. LEAVITT
TRUSTEE

18   /./.

19   /./.

20   /./.

21   /./.

22   /./.

23   /./.

24   /./.

25   /./.

26   /./.

27   /./.

28   /./.

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐        The court has waived the requirement of approval under LR 9021.

☐        No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒        I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐        Approved. - Debtor(s)/Debtor(s)' Attorney/Trustee

☐        Disapproved. - Debtor(s)/Debtor(s)' Attorney/Trustee

☒        Failed to respond. - Trustee

###

Submitted by:

/s/ Eddie R. Jimenez
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar 10376
Attorney for BANK OF AMERICA,
NATIONAL ASSOCIATION AS
SUCCESSOR BY MERGER TO
LASALLE BANK NATIONAL
ASSOCIATION, AS TRUSTEE
FOR CERTIFICATEHOLDERS OF
BEAR STEARNS ASSET BACKED
SECURITIES I LLC, ASSET
BACKED-CERTIFICATES,
SERIES 2005-HE11